[No. 9059-7-II. Division Two. February 9, 1987.]

DUANE M. STEPHENS, ET AL, *Respondents,* v. JULIUS J. ROSS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84-2-00930-3, Ralph G. Swanson, J. Pro Tem., entered July 19, 1985. *Dismissed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 8771-5-II. Division Two. February 9, 1987.]

PHYLLIS TAUSCHER, *Respondent,* v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 39843, Dale M. Nordquist, J., entered April 29, 1985. *Reversed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.

[No. 8690-5-II. Division Two. February 9, 1987.]

HAROLD F. TAYLOR, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-04177-1, D. Gary Steiner, J., entered March 15, 1985. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.